# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

    *v.*                                            Docket #8:15CR272-01

**GUERRERO, LEISA**

On May 12, 2015 , Leisa Guerrero was sentenced to 12 months probation. The period of supervision commenced on May 12, 2015. Ms. Guerrero has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Leisa Guerrero be discharged from supervision.

Respectfully submitted,

Theresa Rerucha  
U.S. Probation & Pretrial Services Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___25th___ day of ___March___, 2016.

The Honorable Joseph F. Bataillon  
Senior United States District Judge